UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  Chapter 7 Proceedings

ALEC T. ELLSWORTH and
LYNETTE M. ELLSWORTH,   Case No. 05-43940-jes

    Debtors.

---

LAURIE ELLSWORTH,

    Plaintiff,

-v-   Adversary No. 06-2150

ALEC T. ELLSWORTH,

    Defendant.

---

### AMENDMENT TO DECISION DATED SEPTEMBER 14, 2007

In its written decision rendered on September 14, 2007, the court found that the debt of the defendant-debtor, Alec T. Ellsworth, to the plaintiff, Laurie Ellsworth, is a nondischargeable debt pursuant to 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(4) in the amount of **$442,010**, subject to any adjustments, if any, made by the Waukesha County Circuit Court (Case No. 00-FA-748). The court amends its decision to clarify that its findings were made by a preponderance of the evidence. In all other respects, the court's decision dated September 14, 2007 remains unchanged.

Dated at Milwaukee, Wisconsin, this 15 day of September, 2007.

BY THE COURT:

_____
JAMES E. SHAPIRO
U. S. BANKRUPTCY JUDGE

c:
Patrick B. Howell, Esq.
555 East Wells Street, Ste. 1900
Milwaukee, WI 53202

Alec T. Ellsworth
S360 Genesee Street
Delafield, WI 53018